IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID FRANCO,

    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　　Civ. No. 24-1052 LF/SCY

BILL DAVIS TRUCKING, INC.,
and RONALD GOINGS,

    Defendants.

### ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

    Federal Rule of Procedure 7.1 requires every nongovernmental corporate party to file a statement that: "(A) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (B) states that there is no such corporation." Fed. R. Civ. P. 7.1(a)(1).

    This rule also requires every party to file a disclosure statement as to its own citizenship. See Fed. R. Civ. P. 7.1(a)(2) ("In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name -- and identify the citizenship of -- every individual or entity whose citizenship is attributed to that party or intervenor: when the action is filed in or removed to federal court.").

    These disclosures are due "with [the party's] first appearance, pleading, petition, motion, response, or other request addressed to the court." Fed. R. Civ. P. 7.1(b)(1). Defendant Bill Davis Trucking, Inc. is a nongovernmental corporate party who has filed a motion to dismiss and a motion to strike but not filed a corporate disclosure statement or a citizenship disclosure statement. Docs. 7 & 9.

IT IS HEREBY ORDERED that Defendant Bill Davis Trucking, Inc. file a corporate disclosure statement and a corporate citizenship statement that fully complies with Rule 7.1 no later than December 23, 2024.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE