IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DAVID FRANCO,

    Plaintiff,

vs.                                                  Civ. No. 24-1052 LF/SCY

BILL DAVIS TRUCKING, INC.,
and RONALD GOINGS,

    Defendants.

## ORDER TO SUPPLEMENT CORPORATE DISCLOSURE STATEMENT

On December 16, 2024, the Court filed an order noting that Defendant Bill Davis Trucking, Inc. had not filed a corporate disclosure statement in accordance with Federal Rule of Procedure 7.1. Doc. 11. The Court ordered Defendant to file such a statement by December 23. *Id.* at 2. On December 17, Defendant filed a statement disclosing the information required by Rule 7.1(a)(1), but not Rule 7.1(a)(2). Doc. 13.

    The Court's December 16 Order informed Defendant:

> This rule also requires every party to file a disclosure statement as to its own citizenship. See Fed. R. Civ. P. 7.1(a)(2) ("In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name -- and identify the citizenship of -- every individual or entity whose citizenship is attributed to that party or intervenor: when the action is filed in or removed to federal court.").

Doc. 11 at 1.

    The Court will therefore order Defendant to supplement its corporate disclosure statement to provide its citizenship information. *Cf.* 28 U.S.C. § 1332(c) (a corporation is deemed to be a citizen of the state in which it is incorporated and in which it maintains its principal place of business).

IT IS HEREBY ORDERED that Defendant Bill Davis Trucking, Inc. shall file a corporate citizenship statement that fully complies with Rule 7.1(a)(2) no later than January 10, 2025.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE